## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-80790 |
| Christopher Greene | ) | |
| Tiffany Greene | ) | Chapter:   7 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| Patricia Brown | ) | Adv. No.: 21-96021 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| Christopher Greene | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER AND NOTICE OF RESCEDULED STATUS HEARING

IT IS HEREBY ORDERED that the status hearing in this adversary case is rescheduled for 1:30 P.M. on January 12, 2022 (time change only) using Zoom for Government - Judge Lynch.

Enter:

_Thomas M. Lynch_

United States Bankruptcy Judge

Dated:  December 3, 2021

**Prepared by:**