IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| Christopher Green and Tiffany Greene | ) Chapter 7 |
|     Debtors, | ) Case Number : 21-80790 |
| _____ | ) Hon. Judge Thomas M. Lynch |
|    Patricia Brown, | ) |
|     Adversary-Plaintiff, | ) |
| | ) |
| v. | ) Adversary Number: 21-96021 |
| | ) |
|    Christopher Green and Tiffany Greene, | ) |
|     Adversary-Defendants. | ) |

# NOTICE OF FILING/SERVICE

TO:  David Freydin, 8707 Skokie Blvd, Skokie, IL 60077, David.Freydin@Freydinlaw.com

    NOTICE IS GIVEN that on January 21, 2022, Plaintiff has served upon Defendant's Counsel Plaintiff's Rule 26 Disclosures.

    /s/ *Jeffrey S Harris*
    Jeffrey S. Harris

**PROOF OF SERVICE**

    I, Jeffrey S. Harris, the attorney, certify that I served this notice on all persons identified as Registrants on the service list through the Court's electronic notice for registrants on January 21, 2022.

    /s/ *Jeffrey S Harris*
    Jeffrey S. Harris

Jeffrey S Harris
ARDC #6197483
1701 S First Ave., Suite 202
Maywood IL 60153
708-343-9800
Jeff@WindyCityLawyer.com