# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| **CHRISTOPHER GREENE AND** | ) | |
| **TIFFANY GREENE,** | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |
| | ) | Case No. 21-80790 |
| | ) | |
| | ) | |
| **PATRICIA BROWN** | ) | Judge Lynch |
| | ) | |
| v. | ) | Adversary Case No. 21-96021 |
| | ) | |
| **CHRISTOPHER GREENE.** | ) | |

## NOTICE OF MOTION

TO:   Patricia Brown, c/o Jeffrey Harris: chicagolawyer@aol.com, via CM/ECF.
Patrick Layng, Office of the U.S. Truste, Region 11, via CM/ECF
Christopher Greene, 18 Grant Ave, Lake in the Hills, IL 60156
See Attached List

**PLEASE TAKE NOTICE** that on August 17, 2022, at 11:00AM, I will appear before the Honorable Thomas M. Lynch, or any judge sitting in his place, and present the **Motion to Dismiss Adversary Proceeding,** a copy of which is attached.

**PLEASE ALSO TAKE NOTICE that the Trustee or any creditors who wish to adopt and prosecute the adversary proceeding must seek leave to do so at or before the hearing on this Motion to Dismiss Adversary Proceeding.**

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    /s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)

## CERTIFICATE OF SERVICE

I, Dustin B. Allen, hereby certify that this Notice and all attachments were served in the manner described upon the parties named above, on or before July 27, 2022.

By:    /s/ Dustin B. Allen
        Dustin B. Allen, Attorney at Law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 21-80790<br>Northern District of Illinois<br>Western Division<br>Wed Jul 27 12:15:17 CDT 2022 | Santander Consumer USA Inc.<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| Aaron's Sales & Lease<br>400 Galleria Pkwy<br>Atlanta, GA 30339-5980 | AcceptanceNOW<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| (p)AVANTEUSA<br>3600 S GESSNER RD<br>SUITE 225<br>HOUSTON TX 77063-5357 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Drivenow<br>777 Dundee Ave<br>East Dundee, IL 60118-3049 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Genesis Credit/Celtic Bank<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Harris & Harris<br>Attn: Bankruptcy<br>111 W Jackson Blvd, Ste 400<br>Chicago, IL 60604-4135 | I C System<br>Attn: Bankruptcy<br>444 Highway 96 East<br>Saint Paul, MN 55127-2557 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NCB Management Services<br>Attn: Bankruptcy<br>1 Allied Drive<br>Feasterville-Trevose, PA 19053-6945 | National Credit Adjusters, LLC<br>327 West 4th Avenue<br>Po Box 3023<br>Hutchinson, KS 67504-3023 |
| OAC Collection Specialists<br>Attn: Bankruptcy<br>Po Box 500<br>Baraboo, WI 53913-0500 | Opportunity Financial, LLC<br>130 East Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Brenda L Zeddun<br>Brenda L. Zeddun (Trustee)<br>635 Park Ave., Suite 2<br>Columbus, WI 53925-2604 | Christopher Greene<br>18 Grant Ave<br>Lake in the Hills, IL 60156-3304 |

| David Freydin | Patrick S Layng | Tiffany Greene |
|---|---|---|
| Law Offices of David Freydin Ltd | Office of the U.S. Trustee, Region 11 | 18 Grant Ave |
| 8707 Skokie Blvd | 780 Regent St. | Lake in the Hills, IL 60156-3304 |
| Suite 312 | Suite 304 | |
| Skokie, IL 60077-2269 | Madison, WI 53715-2635 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| AvanteUSA Ltd. | Bank of America | Mission Lane LLC |
|---|---|---|
| 3600 South Gessner Road | Attn: Bankruptcy | Attn: Bankruptcy |
| Suite 225 | Po Box 982234 | Po Box 105286 |
| Houston, TX 77063 | El Paso, TX 79998 | Atlanta, GA 30348 |

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cnac Dundee Inc

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| In RE: ) | |
| ) | |
| **CHRISTOPHER GREENE AND** ) | |
| **TIFFANY GREENE,** ) | Chapter 7 |
| ) | |
| **Debtors.** ) | |
| ) | Case No. 21-80790 |
| ) | |
| ) | |
| **PATRICIA BROWN** ) | Judge Lynch |
| ) | |
| v. ) | Adversary Case No. 21-96021 |
| ) | |
| **CHRISTOPHER GREENE.** ) | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

NOW COMES the Defendant, by and through their attorney, David Freydin, to submit their Motion to Dismiss Adversary Proceeding. In support thereof, the Defendant states as follows:

1. The Defendant, Christopher Greene, filed for bankruptcy under Chapter 7, Title 11 U.S.C., on June 15, 2021.

2. On September 27, 2021, Plaintiff filed the adversary case, 21-96021, seeking to object to the Defendant's discharge under 11 U.S.C. Section 727.

3. The parties, Defendant and Plaintiff, have reached an agreement to voluntarily seek to dismiss the adversary proceeding, contingent upon no other parties seeking to continue the adversary proceeding.

4. Pursuant to Rule 7041-1, Plaintiff and Defendant disclose that this proposed withdrawal is in exchange for an executed reaffirmation agreement, which reaffirms $3,800.00 of the debt that the Defendant owed Plaintiff.

3

5. Notice is being given to the trustee and any creditors that if they wish to adopt and prosecute the adversary proceeding, they must seek leave to do so at or before the hearing on this motion.

WHEREFORE, the Debtor prays that this Court enter an Order dismissing the adversary case, and for such further relief that this Court may deem just and proper.

Respectfully Submitted,

/s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)